**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA**,

v.

**LINDSLEY CHAMBERS, JR. et al,**

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court *sua sponte* upon a review of the record. The Court notes that Defendant Lindsley Chambers, Jr. was recently arraigned on December 16, 2025 [*See* ECF No. 109]. The trial for the other defendants was previously set for the two-week period commencing on Monday, January 5, 2026 [*See* ECF No. 89]. The Court finds that it is in the best interest of justice for all the defendants in this matter to be tried together. Accordingly, it is

    **ORDERED AND ADJUDGED** that the trial in this case is **CONTINUED** to the two-week period commencing on **Tuesday, January 20, 2026**, before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida. A Calendar Call will be held via telephonic conference on **Wednesday, January 14, 2026, at 11:00 AM**. Telephonic dial-in instructions will be circulated under separate cover email to all parties. **The new deadline to timely declare an intent to plead guilty is on or before 12:00 PM noon on Friday, January 9, 2026**. The remaining pretrial procedures and timetable set forth in the Court's Order Setting Criminal Trial [ECF No. 89] remain effective and should be recalculated based on the new trial date. The time period between the date of this Order and the January 20, 2026, trial period shall be excluded under the Speedy Trial Act,

18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice, which are served by taking such action, outweigh the interests of the parties and the public in a speedy trial.

**DONE AND ORDERED** in Miami, Florida on December 18, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record