UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA**

**Plaintiff**

vs.

**LINDSLEY CHAMBERS, JR. et al,**

**Defendants**
_____/

## UNOPPOSED JOINT MOTION BY DEFENDANT PHILIP VALCIN, JR. (5) TO CONTINUE CALENDAR CALL/TRIAL AND TO EXTEND PLEA AND MOTIONS' DEADLINES

AND NOW, Defendant, Philip Michael Valcin, Jr. (5), by his attorney, James A. Swetz, Esq., files the following Unopposed Joint Motion to Continue Calendar Call, Trial and to Extend the Plea deadline, as follows:

1. The Defendant has been charged by Indictment with Conspiracy to Commit Bank Fraud (Count 1-18 U.S.C. §1349), Bank Fraud (Count 9, 13 and 18; 18 U.S.C. § 1344) and Aggravated Identity Theft, (Counts 23, 25 and 26; 18 U.S.C. § 1028A(a)(1)).

2. Defendant Valcin was arraigned on November 21, 2025 and entered a plea of not guilty.

3. Defendant Valcin is not detained.

4. By prior order dated November 26, 2025, [D.E. 89], this Court scheduled a plea deadline for December 23, 2025 and calendar call for December 30, 2025, at 11:30 a.m. and trial commencing during the two-week period commencing January 5, 2026.

5. On December 17, 2026, the Court issued an order sua sponte scheduling trial to begin during the two-week period commencing January 20, 2026, a plea deadline for January 9, 2026 and a telephonic calendar call for January 14, 2026, at 11:00 a.m. [D.E. 116]

6. The discovery in this case is voluminous.

7. Initial efforts by the government to deliver discovery by USAFX were not successful. Due to the volume of discovery, Counsel provided the government with a hard drive to copy the discovery. The hard drive, containing the discovery, was returned to counsel by the government on December 17, 2025.

8. Counsel needs additional time to review the discovery with Defendant Valcin and to determine what pretrial motions if any, should be filed in his behalf. Additionally, counsel needs additional time to review with Defendant Valcin whether the case may be resolved by plea without a trial, and if so, to discuss a possible resolution with the government.

9. Counsel requests that this case be continued for trial from the current trial period beginning January 20, 2026 until March 9, 2026.

10. The government does not object to counsel's request for continuance.

11. Defendant Valcin waives his right to a speedy trial pursuant to 18 U.S.C. § 3161 (h)(7)(A).

12. For these reasons, counsel requests that the Court find the ends of justice will be served by the granting of this motion, that a continuance outweighs the best interests of the public and the defendant in a speedy trial and thus, any delay occasioned by this request should be excluded under the Speedy Trial Act, 18 U.S.C.A. §3161(h)(7).

13. In rescheduling the calendar call, undersigned counsel requests that it not be

scheduled during February 22 to March 1, 2026 when counsel will be unavailable and outside the jurisdiction

### CERTIFICATION PURSUANT TO L.R. 88.9(a)

Pursuant to Local Rule No. 88.9, undersigned counsel certifies he conferred with counsel for co-defendants. All defense counsel have indicated they do not oppose the continuance requested in this motion, that they join in the continuance request and waive speedy trial on behalf of their respective clients.

WHEREFORE, Defendant Valcin requests this Court to grant this Unopposed Motion to Continue the calendar call, plea deadline and trial previously ordered in D.E. 116 as to all defendants, and to adjust the deadines for filing pretrial motions and other deadlines set forth in D.E. 89 and 116, as may be necessary..

Respectfully Submitted,

**s/JAMES A. SWETZ**
James A. Swetz, Esq. (Florida Bar Number 0893668)
Attorney Email Address: jaswetz@jaswetzlaw.com
2312 Wilton Drive, Ste 23
Wilton Manors, Fl. 33305
(Tel.) 954-800-6450
Attorney for Defendant Phillip Michael Valcin, Jr.

## CERTIFICATE OF SERVICE

I, James A. Swetz, Esquire, Attorney for Defendant, hereby certify that I served a copy of the foregoing Motion on January 5, 2026 by electronic delivery to all parties.

Respectfully Submitted,

s/**JAMES A. SWETZ**
James A. Swetz, Esq.  (Florida Bar Number 0893668)
Attorney Email Address: jaswetz@jaswetzlaw.com
2312 Wilton Drive, Ste 23
Wilton Manors, Fl. 33305
(Tel.) 954-800-6450
Attorney for Defendant Phillip Michael Valcin, Jr.