UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cr-60273-PCH

UNITED STATES OF AMERICA

      **Plaintiff**

vs.

 LINDSLEY CHAMBERS, JR. et al,

      **Defendants**

_____/

## ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE CALENDAR CALL/TRIAL AND TO EXTEND PRETRIAL DEADLINES

 THIS MATTER is before the court by virtue of Defendant Phillip Michael Valcin, Jr.'s Unopposed Motion to Continue Calendar Call/Trial and to Extend Pretrial Deadlines [D.E. ]. Counsel for Mr. Valcin has represented he consulted with the government and counsel for remaining co-defendants, and represents the government does not oppose the motion, that co-defendants join in the motion and like Mr. Valcin, waive their speedy trial rights.

 The Court hereby finds, as a result of the need for counsel to review voluminous discovery with the defendant, to determine what pre-trial motions, if any, to file, and to conduct plea negotiations to determine whether the case may be resolved without a trial, that the ends of justice will be served by granting the unopposed motion to continue the calendar call and trial in this case and to extend the pretrial deadlines previously ordered; and further, that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy trial.

 ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

  That the unopposed joint motion to continue the calendar call and trial in this case and to extend the pretrial deadlines previously ordered [D.E. 116] is granted. The deadline for filing pretrial motions is extended until _____, 202__. The trial in this matter is reset to _____ _____, 202__, at _____ a.m./p.m. and the calendar call is reset to _____ _____, 202__, at _____ a.m./p.m. The deadline for scheduling a guilty plea is reset to _____, 202__, at _____ a.m./p.m.

  The delay occasioned by this continuance shall be excluded under the Speedy Trial Act, Title 18, United States Code, §3161(h)(7).

  Done and ordered in chambers in Miami, Florida, this _____ day of _____ _____, 20_____.

                _____
                Paul C. Huck, United States Senior District Court Judge

cc: all counsel of record