UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cr-60273-PCH

UNITED STATES OF AMERICA

      **Plaintiff**

vs.

LINDSLEY CHAMBERS, JR. et al,

      **Defendants**
_____/

## ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE CALENDAR CALL/TRIAL AND TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the court by virtue of Defendant Phillip Michael Valcin, Jr.**'s** Unopposed Motion to Continue Calendar Call/Trial and to Extend Pretrial Deadlines [**ECF No. 119**]. Counsel for Mr. Valcin has represented he consulted with the government and counsel for remaining co-defendants, and represents the government does not oppose the motion, that co-defendants join in the motion and like Mr. Valcin, waive their speedy trial rights.

  The Court hereby finds, as a result of the need for counsel to review voluminous discovery with the defendant, to determine what pre-trial motions, if any, to file, and to conduct plea negotiations to determine whether the case may be resolved without a trial, that the ends of justice will be served by granting the unopposed motion to continue the calendar call and trial in this case and to extend the pretrial deadlines previously ordered; and further, that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy trial.

  ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

That the unopposed joint motion to continue the calendar call and trial in this case and to extend the pretrial deadlines previously ordered [**ECF No. 116**] is **GRANTED**. The trial in this matter is **RESET** to the two-week period commencing on **Monday, March 9, 2026**, and the calendar call is **RESET** to **Tuesday, March 3, 2026, at 10:00 AM.** The calendar call will be held via telephonic conference, and the telephonic dial-in instructions will be circulated under separate cover email to all parties. **The new deadline to timely declare an intent to plead guilty is on or before Friday, February 27, 2026, at 12:00 PM.** The remaining pretrial procedures and timetable set forth in the Court's Order Setting Criminal Trial [ECF No. 89] remain effective and should be recalculated based on the new trial date. The time period between the date of this Order and the March 9, 2026, trial period shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice, which are served by taking such action, outweigh the interests of the parties and the public in a speedy trial.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6th day of January, 2026.

Paul C. Huck, United States Senior District Court Judge

cc: all counsel of record