**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CR-60273-PCH**

UNITED STATES OF AMERICA,
        Plaintiff,
v.

ROBERT MCKINLEY THOMAS,
LINDSLEY CHAMBERS JR,
JUSTIN ANTHONY SEIVRIGHT,
TACAVEON TRAVON CARSON,
PHILLIP MICHAEL VALCIN JR,
BRANDON JEROME SNIDER, and
PATRICK MARQUIS AYTON JR,
        Defendants.
_____/

### Unopposed Joint Motion to Extend Plea Deadline

Mr. Robert McKinley Thomas, Mr. Lindsley Chambers Jr., Mr. Justin Anthony Seivright, Mr. Tacaveon Travon Carson, Mr. Phillip Michael Valcin Jr., Mr. Brandon Jerome Snider, and Mr. Patrick Marquis Ayton Jr. (the "Defendants"), by and through their respective counsel, jointly and respectfully move for a two-week extension of the current plea deadline:

1. This Court's most recent Scheduling Order established a plea deadline of February 27, 2025. [ECF No. 120].

2. The parties are engaged in ongoing plea negotiations. Despite the good-faith efforts of all parties, additional time is necessary to allow counsel and their respective clients to fully evaluate and discuss the terms of any potential resolution.

3. A brief continuance of the plea deadline would serve the interests of judicial economy by providing the parties a meaningful opportunity to reach a pre-trial resolution.

4. The parties request an extension of the plea deadline to and including March 13, 2025.

5. This motion is made in good faith and not for purposes of delay. The government does not object.

**WHEREFORE,** the Defendants respectfully request that the Court extend the plea deadline to March 13, 2025.

Dated: February 21, 2026                    Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@sknlaw.com

## CERTIFICATE OF SERVICE

I certify that on February 21, 2026, I filed this motion via CM/ECF, which will serve all counsel of record through the Court's electronic notification system.

*/s/Juan J. Michelen*