**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA**,

v.

**LINDSLEY CHAMBERS, JR. et al,**

      Defendants.

_____/

## ORDER

    **THIS CAUSE** is before the Court upon Defendants' Unopposed Joint Motion to Extend Plea Deadline (the "Motion") **[ECF No. 131]**. Defendants request an extension of the plea deadline to March 13, 2026. However, the Court notes that the trial for this matter is currently set for the two-week period commencing on March 9, 2026. [*See* ECF No. 120]. Because the requested extension would go past the trial date, it is

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED IN PART.** The Court grants an extension of the plea deadline to **Tuesday, March 3, 2026**.

    **DONE AND ORDERED** in Miami, Florida on February 23, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record