**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA**,

v.

**LINDSLEY CHAMBERS, JR. et al**,

    Defendants.
_____/

**ORDER**

    PURSUANT to all seven defendants' requests to enter a change of plea, and in accordance with 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida, the above-captioned cause is hereby **REFERRED** to United States Magistrate Judge Lauren F. Louis for Change of Plea Hearings. The Change of Plea Hearings for all defendants shall be set in accordance with Magistrate Judge Louis's schedule. Furthermore, it is

    **ORDERED AND ADJUDGED** that the Joint Ore Tenus Motion to Continue the Trial made at the March 3, 2026, Calendar Call, is **GRANTED** to allow Defense counsel to schedule the Change of Plea Hearings before Judge Louis. The trial in this case is **CONTINUED** to the two-week period commencing on **March 23, 2026**, before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida. The time period between the date of this Order and the January 20, 2026, trial period shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice, which are served by taking such action, outweigh the interests of the parties and the public in a speedy trial.

**DONE AND ORDERED** in Miami, Florida on March 3, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record