**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.                                        Case No.:  **6:26-mj-1394-DCI**

**LINDSLEY CHAMBERS, JR.**

_____

**FINDINGS AND ORDER ON REMOVAL PROCEEDINGS**

Lindsley Chambers, Jr., having been arrested and presented before me for removal proceedings pursuant to 18 U.S.C. § 3148(a):  The Court conducted an Initial Appearance on the § 1348 Pretrial Release Violation Petition from the Southern District of Florida.  *See also* Fed.R.Crim.P. 40(a).

It is, therefore,

**ORDERED** that  LINDSLEY CHAMBERS, JR. be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 1, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                            **Case No.:  6:26-mj-1394-DCI**

**Charging District's**
**Case No. 25-cr-60273-PCH**

**LINDSLEY CHAMBERS, JR.**

_____

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Florida.

The defendant  is requesting court appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**Date:**          **4/1/2026**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1394-DCI**

**LINDSLEY CHAMBERS,**
**JR.**

## ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

An initial appearance has been held following the Defendant's arrest on a warrant pursuant to 18 U.S.C. § 3148 issued from the prosecuting district.  At the hearing, the Court has ordered that the "person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section."  *Id*.  The defendant requests that all hearings he may be entitled to be held in the prosecuting district.

### DIRECTIONS REGARDING DETENTION

Lindsley Chambers, Jr. is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Lindsley Chambers, Jr. shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   April 1, 2026

_____

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                            **Case No.:  6:26-mj-1394-DCI**

**LINDSLEY CHAMBERS, JR.**

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case.   The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on April 1, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1394-DCI**

**LINDSLEY CHAMBERS, JR.**

---

AUSA: Amanda Daniels

Defense Attorney: Katherine Puzone, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **April 1, 2026**<br>1:36 P.M. – 1:45 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 9 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE – RULE 40 AND BOND REVOCATION HEARING

Case called, appearances made, procedural setting by the Court.

Court advises defendants of the allegations in the violation petition.

Court continues appointment by the FPD for the defendant.

Government motions for detention. Defendant requests the bond revocation hearing be held in the prosecuting district.

Defendant is remanded to the custody of the U.S. Marshals pending further proceedings.

The case is removed to the Southern District of Florida.

Court adjourned.

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,CUSTODY

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:26-mj-01394-DCI All Defendants

Case title: USA v. Chambers

Other court case number: 25-cr-60273-PCH Southern District of Florida

Date Filed: 04/01/2026

Date Terminated: 04/01/2026

Assigned to: Magistrate Judge Daniel C. Irick

**Defendant (1)**

**Lindsley Chambers, Jr.**
*TERMINATED: 04/01/2026*

represented by **Katherine Puzone**
Federal Public Defender Florida Middle Judiciary
201 South Orange Avenue
Suite 300
Orlando, FL 32801
407-648-6338
Email: katherine_puzone@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Violation of Pretrial Release

**Disposition**

Query    Reports    Utilities    Help    What's New    Log Out

**Plaintiff**

**USA**                      represented by   **Bianca Sahni Bansal**
DOJ-USAO
400 W. Washington St.
Suite 3100
Orlando, FL 32801
407-648-7561
Email: bianca.bansal@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2026 | 1 | Arrest pursuant to Rule 40 of Lindsley Chambers, Jr from the Southern District of Florida. (Attachments: # 1 SDFL Petition Violation)(TNP) (Entered: 04/01/2026) |
| 04/01/2026 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: INITIAL APPEARANCE in Rule 40 proceedings held on 4/1/2026 as to Lindsley Chambers, Jr from the Southern District of Florida. (Digital) (TNP) (Entered: 04/01/2026) |
| 04/01/2026 | 3 | ***CJA 23 Financial Affidavit by Lindsley Chambers, Jr. (TNP) (Entered: 04/01/2026) |
| 04/01/2026 | 4 | Ore Tenus MOTION to Appoint Counsel by Lindsley Chambers, Jr. (TNP) (Entered: 04/01/2026) |
| 04/01/2026 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER, granting 4 Ore Tenus Motion to Appoint Counsel as to Lindsley Chambers Jr. (1). Signed by Magistrate Judge Daniel C. Irick on 4/1/2026. (TNP)** (Entered: 04/01/2026) |
| 04/01/2026 | 6 | Ore Tenus MOTION for Detention by USA as to Lindsley Chambers, Jr. (TNP) (Entered: 04/01/2026) |
| 04/01/2026 | 7 | **ORDER OF DETENTION PENDING FURTHER PROCEEDINGS, granting without prejudice 6 Ore Tenus Motion for Detention as to Lindsley Chambers Jr. (1). The defendant requests that all hearings he may be entitled to be held in the prosecuting district. Signed by Magistrate Judge Daniel C. Irick on 4/1/2026. (TNP)** (Entered: 04/02/2026) |
| 04/01/2026 | 9 | **COMMITMENT TO ANOTHER DISTRICT as to Lindsley Chambers, Jr. Defendant committed to the Southern District of Florida. Signed by Magistrate Judge Daniel C. Irick on 4/1/2026. (TNP)** (Entered: 04/02/2026) |
| 04/01/2026 | 10 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Southern District of Florida as to Lindsley Chambers, Jr. Signed by Magistrate Judge Daniel C. Irick on 4/1/2026. (TNP)** (Entered: 04/02/2026) |
| 04/02/2026 | 8 | NOTICE of Amended Standing Order Regarding Due Process Protections Act, 3:25-mc-22-MMH, Doc 1 as to Lindsley Chambers, Jr: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders the United States to do so. Violating the Amended |

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

| | | |
|---|---|---|
| | | sanctions by the Court. See Order for details. (TNP) (Entered: 04/02/2026) |
| 04/02/2026 | | NOTICE to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Lindsley Chambers, Jr regarding your case number: 25-cr-60273-PCH. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TNP) (Entered: 04/02/2026) |