# COURT MINUTES
## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor          Date: 04/28/2026  Time: 1:30 PM

Defendant: Lindsley  Chambers Jr          J#: 25656-512   Case #: 25-CR-60273-HUCK

AUSA: David Schnieder          Attorney:

Violation: Supervised Release Violation Petition   Surr/Arrest Date: 04/28/2026   YOB: 1964

Proceeding: Initial Appearance/Revocation          CJA Appt: David Donet, Esq.

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at: $          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: _____

Disposition:
Defense counsel not present in court.  Defendant Ore tenus motion to continue – GRANTED.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Revocation/initial APP: 4/29/26          1:30PM          MIAMI DUTY          MIAMI

D.A.R.  14:09:34                    Time in Court: 3 mins

s/Enjolique Lett                              Magistrate Judge