# COURT MINUTES
## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor          Date: 04/29/2026   Time: 1:30 PM

Defendant:   Lindsley  Chambers Jr          J#: 25656-512   Case #: 25-CR-60273-HUCK

AUSA:   David Schneider                    Attorney:   David Donet, Jr. CJA

Violation:   Supervised Release Violation Petition   Surr/Arrest Date: 04/28/2026      YOB: 1964

Proceeding:   Initial Appearance/Revocation              CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

Bond Set at:  $ Detained – per No Bond Warrant          Co-signed by:

☐  Surrender and/or do not obtain passports/travel docs          Language:  English

☐  Report to PTS as directed/or _____ x's a week/month by
   phone: _____ x's a week/month in person

☐  Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐  Refrain from excessive use of alcohol

☐  Participate in mental health assessment & treatment

☐  Maintain or seek full-time employment/education

☐  No contact with victims/witnesses except through counsel

☐  No firearms

☐  Not to encumber property

☐  May not visit transportation establishments

☐  Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____

☐  Allowances: Medical needs, court appearances, attorney visits,
   religious, employment

☐  Travel extended to: _____

☐  Other: _____

Disposition:
  Defendant advised of charges and rights. Defendant waives Probable Cause. Defendant detained No Bond per Warrant by Judge Huck. All further hearings before Judge Huck.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  13:54:44                              Time in Court:  2 mins

               s/Enjolique Lett                              Magistrate Judge