**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA**,

v.

**LINDSLEY CHAMBERS, JR. et al,**

Defendants.
_____/

**NOTICE OF SENTENCING ISSUES**

**THIS CAUSE** is before the Court *sua sponte.* In reviewing the Defendants' respective Presentence Investigation Reports, the Court notes that there is a wide range of withdrawals of fraudulently obtained Pandemic Unemployment Insurance Benefits funds attributed to each Defendant, ranging from a low of "at least three" withdrawals to a high of 116 withdrawals. At the sentencing hearing, the parties should be prepared to discuss the following:

(1) Whether the disparity in the number of withdrawals attributed to each of the Defendants should be taken into account in determining the fair and reasonable sentences for each of the Defendants; and

(2) Whether the funds withdrawn by each Defendant were kept by that Defendant or shared with his Codefendants.

**DONE AND ORDERED** in Miami, Florida on June 9, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record